UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALEXANDRIA LODGING PARNERS, L.L.C.,<br>Plaintiff | CIVIL ACTION 1:22-CV-01363 |
| VERSUS | DISTRICT JUDGE WALTER |
| STARR SURPLUS LINES INSURANCE CO., L.L.C.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Starr's Motion to Transfer (Doc. No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

**THUS DONE AND SIGNED** in Chambers at Shreveport, Louisiana on this 29th day of September, 2023.

_____
JUDGE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE